NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RUBEN HENRIQUEZ-HERNANDEZ, a/k/a )
RUBEN HAZAEL HENRIQUEZ, )
DOC #T47802, )
          )
        Appellant, )
          )
v.          )   Case No. 2D18-3859
          )
STATE OF FLORIDA, )
          )
        Appellee. )
_____)

Opinion filed October 2, 2019.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Ruben Henriquez-Hernandez, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

      Affirmed.

SILBERMAN, MORRIS, and LUCAS, JJ., Concur.